1
2
3
4

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TIMOTHY ROBERTSON,<br><br>  Plaintiff,<br><br>  v.<br><br>KITSAP COUNTY, CONMED, INC., ARLEN JOHNSON, BARBARA MULL, SUE STEVENS, BRUCE KALER,<br><br>  Defendants. | CASE NO. 3:15-CV-05422-RBL-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' Motion to Dismiss is granted-in-part and denied-in-part. Plaintiff's Fifth and Eighth Amendment claims are dismissed. All other claims remain.

(3) Defenses to the Fourteenth Amendment claim largely appear to be factual and may be the subject of subsequent motions.

1     (4)    The Clerk is directed to send copies of this counsel for both parties and to the Hon. David W. Christel.

**DATED** this 8th day of December, 2015.

Ronald B. Leighton
United States District Judge