Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

TIMOTHY ROBERTSON, individually,

Plaintiff,

vs.

ARLEN JOHNSON, A.R.N.P.; and SUE STEVENS, R.N.,

Defendants.

No. 15-cv-05422-RBL-DWC

ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

THIS MATTER having come on regularly before the undersigned judge in the above-entitled court, the Court having considered the Stipulation of the parties, and the Court deeming itself otherwise advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit is dismissed with prejudice as to all Defendants.  The case is hereby closed, and each party shall bear its own costs and expenses of litigation.

ENTERED this 22nd day of May, 2018.

_____
Ronald B. Leighton
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS - 1
15-cv-05422-RBL-DWC
Robertson - Order of Dismissal

LEE·SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944